# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Jay Richard Little,

    Plaintiff,        Civil No. 09-2186 (RHK/RLE)

vs.

                 **ORDER**

Arrowhead Regional Corrections,

    Defendant.

---

  This matter is venued in the Fifth Division.

  All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Duluth, Minnesota, unless otherwise directed by the Court.

Dated: August 21, 2009

                s/Richard H. Kyle
                RICHARD H. KYLE
                United States District Judge